FILED
OCT 18 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

JUDGE REINHARD

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE JENSEN |
| vs. | No. 22 CR 50058 |
| DONTA MADDOX | Violations: Title 18, United States Code, Sections 1111(a) and (b); Title 18, United States Code, Sections 113(a)(6) and (b)(2) |

## COUNT ONE

The Special APRIL 2021 GRAND JURY charges:

1. At times material to this indictment:

    a. United States Penitentiary (USP) Thomson was a United States Bureau of Prisons facility located in Thomson, Illinois.

    b. Defendant DONTA MADDOX was an inmate at USP Thomson.

    c. Victim BOBBY EVERSON, also known as "Loopy", was an inmate at USP Thomson.

2. On or about December 15, 2021, in the Northern District of Illinois, Western Division, at USP Thomson, a place within the special territorial jurisdiction of the United States,

DONTA MADDOX,

defendant herein, with malice aforethought, did unlawfully kill Bobby Everson;

In violation of Title 18, United States Code, Sections 1111(a) and (b).

## COUNT TWO

The Special APRIL 2021 GRAND JURY further charges:

On or about December 15, 2021, in the Northern District of Illinois, Western Division, at USP Thomson, a place within the special territorial jurisdiction of the United States,

DONTA MADDOX,

defendant herein, did knowingly assault inmate Bobby Everson and cause serious bodily injury to inmate Bobby Everson;

In violation of Title 18, United States Code, Sections 113(a)(6) and (b)(2).

A TRUE BILL:

FOREPERSON

_____
UNITED STATES ATTORNEY